■ In the Matter of DELIA CONSTRUCTION CORPORATION, Respondent, v PHILIP ROSS, as Industrial Commissioner of the State of New York, Appellant. — Judgment unanimously affirmed, with costs, for the reasons stated in the decision at Supreme Court, Onondaga County, Stone, J. (Appeal from judgment of Onondaga Supreme Court — art 78.) Present — Simons, J.P., Callahan, Denman, Moule and Schnepp, JJ.

■ In the Matter of EASTERN ROCK PRODUCTS, INC., et al., Respondents, v PHILIP ROSS, as Industrial Commissioner of the State of New York, Appellant. — Judgment unanimously affirmed, with costs, for the reasons stated in the decision of Supreme Court, Onondaga County, Stone, J., cited in *Matter of Delia Constr. Corp. v Ross* (80 AD2d 723). (Appeal from judgment of Onondaga Supreme Court — art 78.) Present — Simons, J.P., Callahan, Denman, Moule and Schnepp, JJ.

■ TRANSPORT INDEMNITY COMPANY, Appellant, v HARTFORD ACCIDENT & INDEMNITY CO., Respondent. — Order unanimously affirmed, with costs, on the memorandum decision at Special Term, Denman, J. (Appeal from order of Erie Supreme Court — summary judgment.) Present — Dillon, P.J., Hancock, Jr., Doerr and Moule, JJ.